**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSEPH MORAIN, JR., ET AL.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 09-756 |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | SECTION "B"(5) |

### ORDER AND REASONS

Considering Defendant's Motion for Taxation of Fees and Costs (Rec. Doc. No. 34),

**IT IS ORDERED** that said motion is **GRANTED IN PART** to the extent the motion seeks the Clerk of Court to have **costs** taxed and **DENIED** to the extent Defendant seeks attorney fees under Local Rule 54.3E; that rule is by explicit language a rule for taxation of **costs** only.  However, the Court previously ordered an award for attorney fees associated with Defendant's Motion to Dismiss (*see* Rec. Doc. No. 29).  Entitlement to fees is warranted by the explicit terms of that order.  Plaintiff's counsel correctly notes that Defendant's fee request appears excessive and without documentation normally required to support fee requests; especially, as here, one for over thirty hours of expended time working on non-complex motions to dismiss, tax costs and oppose the motion for reconsideration.  Given the nature of those pleadings, movant's extensive experience at filing similar pleadings, and this Court's extensive work on similar pleadings that come before it for resolution, at most, ten hours would have been a reasonable time period for accomplishing the tasks at issue.  Accordingly, $2,000

(10 hours x $200/hour) is awarded Defendant as reasonable attorney fees in accordance with Record Document 29.  Taxation of costs should occur separately pursuant to local court rules.

New Orleans, Louisiana, this 2nd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE